

**KILPATRICK TOWNSEND & STOCKTON LLP**
www.kilpatricktownsend.com

1100 Peachtree Street
Suite 2800
Atlanta, Georgia 30309
t 404 815 6500  f 404 815 6555

direct dial 404 815 6553
direct fax 404 541 3423
jtrigg@kilpatricktownsend.com

July 3, 2018

**BY ECF**

The Honorable Naomi Reice Buchwald
United States District Court
Southern District of New York
500 Pearl Street
New York, New York 10007

      Re:   *Clipper v. Wetpaint.com, Inc.*
              Case No. 1:17-cv-09217-NRB

Dear Judge Buchwald:

      This Firm is currently counsel of record for Defendant Wetpaint.com, Inc. in the above-referenced action.  We write pursuant to Your Honor's Individual Practices rules to request a pre-motion conference in connection with our Firm's proposed motion to withdraw as counsel for Defendant.  The underlying reasons justifying the need for the motion are set forth below.

      Our proposed motion is prompted by the facts that Defendant (1) has failed to pay its invoice amounts timely, as it undertook to do in the signed engagement letter between this Firm and Defendant's parent, Function(X), Inc., (2) has failed to respond to two communications from this Firm seeking satisfaction of the open invoices, which date as far back as February 2018, (3) has advised this Firm that it is unable to pay a settlement amount in another proceeding before the Southern District of New York (*BWP Media USA, Inc. v. Rant, Inc. et al.*, 17-cv-5079-NSR), and (4) has otherwise failed to communicate with its counsel about the status of its cases pending before this Court and this District.

      We accordingly believe that there is good cause to permit withdrawal because the engagement letter made clear that under these circumstances the Firm has the right to withdraw from representation of Defendant, which will not be prejudiced by this withdrawal.  The present case is in its fact discovery period, which closes July 9, 2018; the parties have exchanged written discovery requests and responses thereto.  No depositions have been scheduled as of this time, and the parties' expert discovery period remains open until October, under the present schedule.  The issues in the case are relatively simple and straightforward: the case involves the use of a single photograph in a single online article.  If the Plaintiff establishes his case for liability, the lone issue to determine will be the proper fee for the use of this single photo.

US2008 14358283 1

The Honorable Naomi Reice Buchwald
July 3, 2018
Page 2

  Accordingly, the undersigned, on behalf of this Firm, respectfully requests that this Court allow it to proceed with its proposed motion to withdraw from this case.

  We thank the Court for its consideration and attention to this matter and will await further directions from the Court concerning our proposed motion.

             Respectfully submitted,

             /s/ James A. Trigg

             James A. Trigg

cc: Ms. Michelle Lanken (Function(X), Inc.) (via email and certified mail)
   Richard Liebowitz, Esq. (via ECF)

US2008 14358283 1