UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
UNITED STATES COURTHOUSE
500 PEARL STREET
NEW YORK, NY 10007-1312

NAOMI REICE BUCHWALD
UNITED STATES DISTRICT JUDGE

212-805-0194

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 4/30/19

April 30, 2019

Richard Liebowitz, Esq.,
Liebowitz Law Firm, PLLC
11 Sunrise Plaza, Suite 301
Valleystream, NY 11580

**Re: Neal Clipper v. Wepaint.com, Inc.**
**17 Civ. 9217 (NRB)**

Dear Counsel:

    Having not heard from you since granting defense counsel's motion to withdraw as attorney of record on July 10, 2018, we have deduced that you are no longer interested in prosecuting this action. If we are incorrect, please let the Court know and inform us as to how you intend to proceed no later than Friday, May 10, 2019. A failure to do so will result in the dismissal of this matter without prejudice.

                                      Very truly yours,

                                      Naomi Reice Buchwald
                                      United States District Judge