Liebowitz Law Firm, PLLC
Attorneys for the Photographic Arts

11 Sunrise Plaza, Ste. 305
Valley Stream, NY 11580
(516) 233-1660
www.LiebowitzLawFirm.com

May 10, 2019

**VIA ECF**

Honorable Naomi Reice Buchwald
United States District Court
Southern District of New York
500 Pearl Street
New York, New York 10007

Re:   *Clipper v. Wetpaint, Inc. (1:17-cv-9217-NRB)*

Dear Judge Buchwald,

    We represent Plaintiff, Neal Clipper, in the above in captioned case. Defendant has not retained new counsel to represent itself in this matter. We respectfully request leave to file our request to enter default and our default motion.

                                    Respectfully Submitted,

                                    /s/Richard Liebowitz
                                    Richard Liebowitz

                                    *Counsel for Plaintiff Neal Clipper*