

# Liebowitz ◎ Law Firm, PLLC

ATTORNEYS FOR THE PHOTOGRAPHIC ARTS

11 SUNRISE PLAZA, STE. 305
VALLEY STREAM, NY 11580
(516) 233-1660
WWW.LIEBOWITZLAWFIRM.COM

May 10, 2019

**VIA ECF**

Honorable Naomi Reice Buchwald
United States District Court
Southern District of New York
500 Pearl Street
New York, New York 10007

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 5/13/19

Re:   *Clipper v. Wetpaint, Inc. (1:17-cv-9217-NRB)*

Dear Judge Buchwald,

        We represent Plaintiff, Neal Clipper, in the above in captioned case. Defendant has not
retained new counsel to represent itself in this matter. We respectfully request leave to file our
request to enter default and our default motion.

*Application granted.*

                              Respectfully Submitted,

                              /s/Richard Liebowitz
                              Richard Liebowitz

*Naomi Reice Buchwald,
USDJ
5/13/19*

                              *Counsel for Plaintiff Neal Clipper*

Liebowitz ◎ Law Firm, PLLC