UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| NEIL CLIPPER,<br><br>                      Plaintiff,<br><br>- against -<br><br>WETPAINT.COM, INC.<br><br>                      Defendant. | Docket No. 1:17-cv-09217 (NRB)<br><br><br>**NOTICE OF MOTION** |

**PLEASE TAKE NOTICE** that, upon this Notice of Motion; the declaration of Richard Liebowitz and exhibits attached thereto, and the pleadings and prior proceedings herein; Plaintiff Neil Clipper will move the Court, before the Honorable Naomi Reice Buchwald (U.S.D.J.) at the United States District Court, 500 Pearl , New York, NY 10007, Courtroom 21A, at a time and place determined by the Court for an Order GRANTING Plaintiff's application for default judgment in the amount of $30,000.00 in statutory damages under 17 U.S.C. § 504(c); $3187.50 in attorneys' fees and $440.00 costs under 17 U.S.C. § 505; and for such further relief as this Court deems just and proper.

**PLEASE TAKE FURTHER NOTICE** that Defendant's opposition papers, if any, must be served within 14 days after service of these motion papers upon Defendant via its Delaware-based registered agent.

Respectfully Submitted,

LIEBOWITZ LAW FIRM, PLLC

**/richardliebowitz/**
Richard Liebowitz, Esq.
11 Sunrise Plaza, Ste. 305
Valley Stream, NY 11580

*Counsel for Plaintiff*
*Neil Clipper*

TO:

Wetpaint.com, Inc.
c/o Corporation Service Company
251 Little Falls Drive
Wilmington, DE 19808

*Defendant*